(Official Form 1) (12/03)

FORM B1

# United States Bankruptcy Court
# Eastern District of New York

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **KATHERINE TURRISI** | Name of Joint Debtor (Spouse) (Last, First, Middle): **ALFRED F.TURRISI** |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **dba 335 WASHINGTON AVENUE CORP.** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): **LEE'S DRIVE-IN CLEANERS, INC.** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **7197** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **0047** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **30 FAIRVIEW AVENUE OCEANSIDE, NY 11572** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **30 FAIRVIEW AVENUE OCEANSIDE, NY 11572** |
| County of Residence or of the Principal Place of Business: **Nassau** | County of Residence or of the Principal Place of Business: **Nassau** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other ____________
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |



© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**KATHERINE TURRISI & ALFRED F.TURRISI**

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ KATHERINE TURRISI***
Signature of Debtor **KATHERINE TURRISI**

X ***/s/ ALFRED F. TURRISI***
Signature of Joint Debtor **ALFRED F. TURRISI**

Telephone Number (If not represented by attorney)

**February 7, 2005**
Date

### Signature of Attorney

X ***/s/ Michael P. Sasso, Esq.***
Signature of Attorney for Debtor(s)

**Michael P. Sasso, Esq. MPS-5284**
Printed Name of Attorney for Debtor(s)

**Michael P. Sasso P.C.**
Firm Name

**240 Pearl Street**
Address

**Lawrence, NY 11559**

**(516) 779-8878**
Telephone Number

**February 7, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s) Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ______________

**KATHERINE TURRISI & ALFRED F.TURRISI** Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | **Yes** | **1** | **409,000.00** | | |
| B - Personal Property | **Yes** | **2** | **5,000.00** | | |
| C - Property Claimed as Exempt | **Yes** | **1** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **412,577.64** | |
| E - Creditors Holding Unsecured Priority Claims | **Yes** | **3** | | **1,623.09** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **10** | | **202,200.68** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **Yes** | **2** | | | **1,011.00** |
| J - Current Expenditures of Individual Debtor(s) | **Yes** | **1** | | | **5,250.00** |
| Total Number of Sheets in Schedules | | **23** | | | |
| | | Total Assets | **414,000.00** | | |
| | | | Total Liabilities | **616,401.41** | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______________
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 30 FAIRVIEW AVENUE, OCEANSIDE, NY | Fee Simple | W | 409,000.00 | 412,577.64 |
| | | TOTAL | 409,000.00 | |

(Report also on Summary of Schedules)



© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | MISCELLANEOUS CASH | W | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT<br>GREENPOINT BANK<br>LONG BEACH ROAD, OCEANSIDE, NY | W | 800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | MISCELLANEOUS HOUSEHOLD FURNISHINGS | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | MISCELLANEOUS WEARING APPAREL | W | 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% INTEREST IN 188 WEST SUNRISE HIGHWAY CORP. | W | 0.00 |
| | | 100% INTEREST IN 335 WASHINGTON AVENUE CORP. | W | 0.00 |
| | | 100% INTEREST IN LEE'S DRIVE-IN CLEANERS, INC. | H | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **5,000.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**0** continuation sheets attached



© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______________
Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **30 FAIRVIEW AVENUE, OCEANSIDE, NY** | **CPLR § 5206(a)** | **10,000.00** | **409,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **MISCELLANEOUS CASH** | **Debtor & Creditor Law § 283** | **200.00** | **200.00** |
| **CHECKING ACCOUNT GREENPOINT BANK LONG BEACH ROAD, OCEANSIDE, NY** | **Debtor & Creditor Law § 283** | **800.00** | **800.00** |
| **MISCELLANEOUS HOUSEHOLD FURNISHINGS** | **CPLR § 5205(a)(5)** | **3,000.00** | **3,000.00** |
| **MISCELLANEOUS WEARING APPAREL** | **CPLR § 5205(a)(5)** | **1,000.00** | **1,000.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 5424-1800-9286-1597<br>CITIBANK<br>C/O RUBIN & ROTHMAN<br>1787 VETERANS MEMORIAL HIGHWAY<br>ISLANDIA, NY 11749 | | W | JUDGMENT ON CREDIT CARD DEBT<br>Value $ 409,000.00 | | | | 11,921.53 | |
| Account No. 1205014053<br>FAIRBANKS CAPITAL CORP.<br>C/O AMERICA'S SERVICING COMPANY<br>7495 NEW HORIZION WAY<br>FREDRICK, MD 21703 | X | J | FIRST MORTGAGE ON 30 FAIRVIEW AVE., OCEANSIDE, NY.<br>Value $ 400,000.00 | | | | 335,582.18 | |
| Account No. 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<br>INTERNAL REVENUE SERVICE<br>ASC SUPPORT - STOP 5050<br>P.O. BOX 219236<br>KANSAS CITY, MO 64121-9236 | | W | CIVIL PENALTY<br>Value $ 409,000.00 | | | | 22,746.97 | 3,577.64 |
| Account No. 798305<br>WILLSHIRE CREDIT CORP.<br>P.O. BOX 650314<br>DALLAS, TX 75265-0314 | X | J | SECOND MORTGAGE ON 30 FAIRVIEW AVE., OCEANSIDE, NY.<br>Value $ 400,000.00 | | | | 42,326.96 | |
| Account No. | | | Value $ | | | | | |

0 Continuation Sheets attached

Subtotal (Total of this page): 412,577.64

(Complete only on last sheet of Schedule D) **TOTAL**: 412,577.64
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________

Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entiry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______________
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. 04-05-03<br>NEW YORK STATE DEPARTMENT OF LABOR<br>DIVISION OF LABOR STANDARDS<br>ROOM 185B BUILDING NO. 12<br>ALBANY, NY 12240 | | H | WAGE CLAIM | | | X | 1,623.09<br>1,623.09 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet 1 of 2 Continuation Sheets attached to Schedule E

Subtotal (Total of this page) 1,623.09

(Complete only on last sheet of Schedule E) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. 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<br>INTERNAL REVENUE SERVICE<br>HOLTSVILLLE, NY 11742 | | J | TAX LIABILITY | | | | unknown |
| Account No.<br>INTERNAL REVENUE SERVICE<br>10 METRO TECH CENTER<br>625 FULTON STREET<br>BROOKLYN, NY 11201 | | | Assignee or other notification for:<br>INTERNAL REVENUE SERVICE | | | | |
| Account No.<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | | J | STATE TAX CORPORATE AND INDIVIDUAL | | | | unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet 2 of 2 Continuation Sheets attached to Schedule E

Subtotal (Total of this page)

(Complete only on last sheet of Schedule E) **TOTAL** 1,623.09

(Report total also on Summary of Schedules)



© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0049720001**<br>**AMERICA ONLINE**<br>**P.O. BOX 29593**<br>**NEW YORK, NY 10087-9593** | | J | INTERNET SERVICE | | | | 71.70 |
| Account No. **3725-0637856-51003**<br>**AMERICAN EXPRESS**<br>**C/O DUN & BRADSTREET RECEIVABLES**<br>**P.O. BOX 723001**<br>**ATLANTA, GA 31139-0001** | | J | CREDIT CARD | | | | 8,564.34 |
| Account No. **3739-655634-11001**<br>**AMERICAN EXPRESS**<br>**CUSTOMER SERVICE**<br>**P.O. BOX 297804**<br>**FT. LAUDERDALE, FL 33329-7804** | | W | CREDIT CARD | | | | 55.00 |
| Account No. **3715-403965-11002**<br>**AMERICAN EXPRESS**<br>**CUSTOMER SERVICE**<br>**P.O. BOX 297804**<br>**FT. LAUDERDALE, FL 33329-7804** | | W | CREDIT CARD | | | | 2,592.76 |
| Account No. **3732-758783-91009**<br>**AMERICAN EXPRESS**<br>**C/O NCO FINANCIAL SYSTEMS, INC.**<br>**P.O. BOX 8180**<br>**PHILADELPHIA, PA 19101-8180** | | W | CREDIT CARD | | | | 3,409.41 |

9 Continuation Sheets attached

Subtotal (Total of this page) **14,693.21**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4154-8814-1702-5300<br>ASSOCIATES CAPITAL BANK<br>P.O. BOX 45205<br>JACKSONVILLE, FL 32232-2744 | | H | CORPORATE CREDIT CARD | | | | 4,749.89 |
| Account No. 641276-00-541739-4<br>BENEFICIAL<br>CUSTOMER SERVICE<br>P.O. BOX 8633<br>ELMHURST, IL 60126 | | W | CREDIT CARD | | | | 4,762.30 |
| Account No. 4791-2415-0463-4275<br>CAPITAL ONE BANK<br>C/O VIKING COLLECTION SERVICE, INC.<br>P.O. BOX 59207<br>MINNEAPOLIS, MN 55459-0207 | | J | CREDIT CARD | | | | 1,467.97 |
| Account No. 4791-2416-4833-0251<br>CAPITAL ONE BANK<br>VISA<br>P.O. BOX 85015<br>RICHMOND, VA 23285-5015 | | J | CORPORATE CREDIT CARD | | | | 1,539.52 |
| Account No.<br>ALEGIS GROUP<br>9700 BISSONNET<br>HOUSTON, TX 77063 | | | Assignee or other notification for:<br>CAPITAL ONE BANK | | | | |
| Account No. 4791-2415-2364-4370<br>CAPITAL ONE BANK<br>VISA<br>P.O. BOX 85015<br>RICHMOND, VA 23285-5015 | | W | CREDIT CARD | | | | 1,333.15 |
| Account No. 5291-2315-2945-9610<br>CAPITAL ONE BANK<br>C/O GULLACE &WELD<br>500 FIRST FEDERAL PLAZA<br>ROCHESTER, NY 14614 | | W | CREDIT CARD | | | | 1,469.46 |

Sheet 1 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page): 15,322.29

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5291-0714-6881-7927**<br>**CAPITAL ONE BANK**<br>**VISA**<br>**P.O. BOX 85015**<br>**RICHMOND, VA 23285-5015** | | **W** | **CREDIT CARD** | | | | **1,413.65** |
| Account No. **4388-6419-4654-8364**<br>**CAPITAL ONE BANK**<br>**C/O ALLIANCE ONE**<br>**4850 STREET ROAD**<br>**TREVOSE, PA 19053** | | **H** | **CREDIT CARD** | | | | **4,571.30** |
| Account No. **4791-2415-4729-7551**<br>**CAPITAL ONE BANK**<br>**C/O ALLIANCE ONE**<br>**4850 STREET ROAD**<br>**TREVOSE, PA 19053** | | **J** | **CORPORATE CREDIT CARD** | | | | **1,277.18** |
| Account No. **5424-1801-3224-8128**<br>**CITIBANK**<br>**C/O NATIONAL ENTERPRISE SYSTEMS**<br>**29125 SOLON ROAD**<br>**SOLON, OH 44139-3442** | | **H** | **CORPORATE CREDIT CARD** | | | | **3,450.79** |
| Account No. **4154-8804-0015-3491**<br>**CITIBANK (SOUTH DAKOTA) NA**<br>**C/O NORTHLAND GROUP, INC.**<br>**P.O. BOX 390905**<br>**EDINA, MN 55439** | | **H** | **CORPORATE CREDIT CARD** | | | | **4,792.41** |
| Account No. **6035-3220-0562-1028**<br>**CITIBANK USA, N.A.**<br>**C/O LTD FINANCIAL SERVICES**<br>**7322 SOUTHWEST FREEWAY**<br>**HOUSTON, TX 77074** | | **H** | **CORPORATE CREDIT CARD** | | | | **1,605.20** |
| Account No. **5477-8680-0117-4880**<br>**CITIBUSINESS**<br>**CUSTOMER SERVICE**<br>**P.O. BOX 44230**<br>**JACKSONVILLE, FL 32231-4230** | | **J** | **CORPORATE CREDIT CARD** | | | | **1,148.37** |

Sheet **2** of **9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **18,258.90**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5588-5780-0081-6920<br>CITIBUSINESS CARD<br>P.O. BOX 44230<br>JACKSONVILLE, FL 32231-4230 | | H | CORPORATE CREDIT CARD | | | | 4,810.35 |
| Account No. 5424-1805-4017-6812<br>CITICORP MASTERCARD<br>C/O NATIONAL FINANCIAL SYSTEMS, INC.<br>600 W. JOHN STREET<br>HICKSVILLE, NY 11801 | X | J | CREDIT CARD | | | | 4,515.35 |
| Account No. 3306580141867<br>CITIFINANCIAL<br>P.O. BOX 222178<br>CHARLOTTE, NC 28222-2178 | | W | CREDIT CARD | | | | 6,651.75 |
| Account No. 67320025-0137125<br>CITIFINANCIAL<br>P.O. BOX 222178<br>CHARLOTTE, NC 28222-2178 | | W | CREDIT CARD | | | | 2,654.58 |
| Account No. 7001-1151-0567-8171<br>COMPUSA<br>P.O. BOX 15521<br>WILMINGTON, DE 19850-5521 | | W | REVOLVING CREDIT AGREEMENT | | | | 1,037.64 |
| Account No. 5962<br>DIANE SUSAN CORREIA D.O.<br>711 STEWART AVENUE<br>GARDEN CITY, NY 11530 | | W | MEDICAL SERVICES | | | | 910.00 |
| Account No. 6011-0021-9025-6248<br>DISCOVER CARD SERVICES<br>P.O. BOX 15251<br>WILMINGTON, DE 19886-5251 | | W | CREDIT CARD | | | | 12,515.63 |

Sheet 3 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 33,095.30

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DONN RICHARD JACOBS DDS**<br>**24 MAPLE AVENUE**<br>**ROCKVILLE CENTRE, NY 11570** | | W | DENTAL SERVICES | | | | 495.00 |
| Account No. 339-446-635<br>**EXPRESS**<br>**P.O. BOX 330066**<br>**NORTHGLENN, CO 80233-0066** | | W | CREDIT CARD | | | | 394.01 |
| Account No. 187-480-380-0<br>**EXXON/MOBIL**<br>**P.O. BOX 103031**<br>**ROSWELL, GA 30076** | | W | CREDIT CARD | | | | 348.08 |
| Account No. 308-298-603-9<br>**EXXON/MOBIL**<br>**P.O. BOX 103031**<br>**ROSWELL, GA 30076** | | J | CREDIT CARD | | | | 886.66 |
| Account No. 0007111841435666209<br>**HOUSEHOLD BANK**<br>**COSTCO WHOLESALE**<br>**P.O. BOX 15521**<br>**WILMINGTON, DE 19850-5521** | | W | CREDIT CARD | | | | 2,174.85 |
| Account No. 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<br>**INTERNAL REVENUE SERVICE**<br>**HOLTSVILLE, NY 11742** | | H | 6672 TAX FOR TAX YEAR 2000 | | | | 40,586.55 |
| Account No. 839886<br>**ISLAND ER MEDICAL SERVICES, PC**<br>**P.O. BOX 409213**<br>**ATLANTA, GA 30384-9213** | | J | RESPONSIBLE PARTY FOR MEDICAL SERVICES PROVIDED TO MINOR CHILD. | | | | 206.00 |

Sheet 4 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page): 45,091.15

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 025-167-064-2<br>J.C. PENNY<br>P.O. BOX 981131<br>EL PASO, TX 79998 | | W | CREDIT CARD | | | | 362.69 |
| Account No. 030-9161-+057<br>KOHL'S<br>P.O. BOX 3084<br>MILWAUKEE, WI 53201-3084 | | W | CREDIT CARD | | | | 1,205.82 |
| Account No. 442891107<br>LENOX COLLECTIONS<br>C/O RCMB COLLECTION AGENCY<br>2269 S. SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523 | | W | CLUB MERCHANDISE | | | | 19.81 |
| Account No. 0187-3000-97-8<br>LIPA<br>175 E. OLD COUNTRY ROAD<br>HICKSVILLE, NY 11801 | | H | SERVICE TO 335 WASHINGTON AVENUE. | | | | 5,834.94 |
| Account No.<br>LIPA<br>175 E. OLD COUNTRY ROAD<br>HICKSVILLE, NY 11801 | | H | SERVICE TO 54 ROCKAWAY TURNPIKE. | | | | 645.76 |
| Account No. 42218220759-20<br>MACY'S<br>P.O. BOX 8217<br>MASON, OH 45040 | | H | CREDIT CARD | | | | 607.77 |
| Account No. 740038916-50<br>MACY'S<br>P.O. BOX 8217<br>MASON, OH 45040 | | W | CREDIT CARD | | | | 1,003.37 |

Sheet 5 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 9,680.16

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)



© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 000674534415<br>MANDEE<br>P.O. BOX CN1003<br>TOTOWA, NJ 07511-1003 | | W | CREDIT CARD | | | | 1,122.57 |
| Account No. 4264-2930-3515-8405<br>MBNA AMERICA<br>P.O. BOX 15026<br>WILMINGTON, DE 19850-5026 | | W | CREDIT CARD | | | | 11,055.39 |
| Account No. CG8890251670642<br>MONOGRAM BANK OF GEORGIA<br>C/O LTD FINANCIAL SERVICES<br>7322 SOUTHWEST FREEWAY, SUITE 1600<br>HOUSTON, TX 77074 | | W | CREDIT CARD | | | | 439.48 |
| Account No.<br>NEW YORK STATE DEPARTMENT OF ENVIRNOMENTAL CONSERVATION<br>BUILDING 40 - SUNY<br>STONY BROOK, NY 11790-2356 | | H | MULTIPLE VIOLATIONS AT LEE'S CLEANERS | | | | unknown |
| Account No. 03-005339<br>NEW YORK STATE DEPARTMENT OF LABOR<br>DIVISION OF SAFETY AND HEALTH<br>400 OAK STREET, SUITE 101<br>GARDEN CITY, NY 11530 | | W | BOILER INSPECTION FEE | | | | 480.00 |
| Account No. 08-BS-059<br>NEW YORK STATE DEPARTMENT OF LABOR<br>DIVISION OF SAFETY AND HEALTH<br>400 OAK STREET, SUITE 101<br>GARDEN CITY, NY 11530 | | W | BOILER INSPECTION FEE | | | | 800.00 |
| Account No. 03-3118<br>NEW YORK STATE DEPARTMENT OF LABOR<br>OFFICE OF THE ATTORNEY GENERAL<br>120 BROADWAY<br>NEW YORK, NY 10271 | | H | BOILER INSPECTION VIOLATION | | | | 240.00 |

Sheet 6 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page): 14,137.44

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______________
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 08-BS-008<br>NEW YORK STATE DEPARTMENT OF LABOR<br>400 OAK STREET<br>GARDEN CITY, NY 11530 | | H | BOILER VIOLATION | | | | 240.00 |
| Account No. 04002777 & 04002983<br>NEW YORK STATE DEPARTMENT OF LABOR<br>400 OAK STREET<br>GARDEN CITY, NY 11530 | | H | BOILER VIOLATIONS | | | | 640.00 |
| Account No. 217433697-Y<br>NEXTEL COMMUNICATIONS<br>P.O. BOX 172408<br>DENVER, CO 80217-2408 | | W | CELL PHONE SERVICE | | | | 5,168.20 |
| Account No. 27235<br>ORLIN $ COHEN ORTHOPEDIC ASSOCIATES LLP<br>165 nORTH vILLAGE aVENUE<br>ROCKVILLE CENTRE, NY 11579 | | J | RESPONSIBLE PARTY FOR MEDICAL SERVICES PROVIDED TO MINOR CHILD. | | | | 75.00 |
| Account No. 4031-1826-9971-4623<br>PROVIDIAN<br>P.O. BOX 660509<br>DALLAS, TX 75266-0509 | | H | CORPORATE CREDIT CARD | | | | 5,006.63 |
| Account No. 002983335<br>QUEST DIAGNOSTIC<br>P.O. BOX 4126<br>SOUTH HACKENSACK, NJ 07606-4126 | | J | RESPONSIBLE PARTY FOR MEDICAL SERVICES PROVIDED TO MINOR CHILD. | | | | 28.50 |
| Account No. 03-62242-11066-0<br>SEARS<br>P.O. BOX 818017<br>CLEVELAND, OH 44181-8017 | | J | CREDIT CARD | | | | 6,630.94 |

Sheet 7 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 17,789.27

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 007314779<br>SOUTH NASSAU COMMUNITIES HOSPITAL<br>C/O NCO FINANCIAL SYSTEMS, INC.<br>711 STEWART AVENUE<br>GARDEN CITY, NY 11530 | | J | RESPONSIBLE PARTY FOR MEDICAL SERVICES PROVIDED TO MINOR CHILD | | | | 730.86 |
| Account No. 008448235<br>SOUTH NASSAU COMMUNITIES HOSPITAL<br>C/O NCO FINANCIAL SYSTEMS, INC.<br>711 STEWART AVENUE<br>GARDEN CITY, NY 11530 | | J | RESPONSIBLE PARTY FOR MEDICAL SERVICES FOR MINOR CHILD. | | | | 2,604.09 |
| Account No. 17255<br>SOUTH NASSAU RADIOLOGY PC<br>P.O. BOX 5768<br>HICKSVILLE, NY 11802-5768 | | W | MEDICAL SERVICES | | | | 400.00 |
| Account No. 4352-3733-6486-8106<br>TARGET<br>RETAILERS NATIONAL BANK<br>P.O. BOX 59317<br>MINNEAPOLIS, MN 55459-0317 | | W | CREDIT CARD | | | | 4,552.98 |
| Account No. 002084<br>TAX HELP ASSOCIATES, INC.<br>c/o HAUSER & ASSOCIATES, P.C.<br>591 BROADWAY SUITE 6B<br>NEW YORK, NY 10012 | X | J | PROFESSIONAL SERVICES | | | | 20,000.00 |
| Account No. 4154-8804-0015-3419<br>THE ASSOCIATES<br>CARD SERVICE CENTER<br>P.O. BOX 141479<br>IRVING, TX 75014-1479 | | H | CORPORATE CREDIT CARD | | | | 4,724.89 |
| Account No. 6011-6441-0994-4859<br>THE CHILDREN'S PLACE<br>P.O. BOX 8181<br>GRAY, TN 37615-8181 | | W | REVOLVING CREDIT PLAN | | | | 92.43 |

Sheet 8 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 33,105.25

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 259411<br>WINTHROP ORTHOPAEDIC ASSOCIATES, PC<br>700 HICKSVILLE ROAD<br>BETHPAGE, NY 11714-3472 | | J | RESPONSIBLE PARTY FOR MEDICAL SERVICES PROVIDED TO MINOR CHILD. | | | | 350.00 |
| Account No. 02208368<br>WINTHROP RADIOLOGY ASSOCIATES, PC<br>P.O. BOX 4037<br>FARMINGDALE, NY 11735 | | J | RESPONSIBLE PARTY FOR MEDICAL SERVICES PROVIDED TO MINOR CHILD. | | | | 80.00 |
| Account No. 296-246-705<br>WORLD FINANCIAL NETWORK NAT'L BANK<br>VICTORIAS SECRET<br>P.O. BOX 182128<br>COLUMBUS, OH 43218-2128 | | | CREDIT CARD | | | | 597.71 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet 9 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 1,027.71

(Complete only on last sheet of Schedule F) TOTAL 202,200.68

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FAIRBANKS CAPITAL CORP<br>C/O AMERICA'S SERVICING COMPANY<br>7495 NEW HORIZION WAY<br>FREDERICK, MD 21703 | FIRST MORTGAGE AND NOTE ENCUMBERING 30 FAIRVIEW AVE., OCEANSIDE, NY. |
| WILLSHIRE CREDIT CORP.<br>P.O. BOX 650314<br>DALLAS, TX 75265-0314 | SECOND MORTGAGE AND NOTE ENCUMBERING 30 FAIRVIEW AVE., OCEANSIDE, NY. |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ALFRED TURRISI | FAIRBANKS CAPITAL CORP.<br>C/O AMERICA'S SERVICING COMPANY<br>7495 NEW HORIZION WAY<br>FREDRICK, MD 21703<br><br>WILLSHIRE CREDIT CORP.<br>P.O. BOX 650314<br>DALLAS, TX 75265-0314<br><br>CITICORP MASTERCARD<br>C/O NATIONAL FINANCIAL SYSTEMS, INC.<br>600 W. JOHN STREET<br>HICKSVILLE, NY 11801<br><br>TAX HELP ASSOCIATES, INC.<br>c/o HAUSER & ASSOCIATES, P.C.<br>591 BROADWAY SUITE 6B<br>NEW YORK, NY 10012 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **See Schedule Attached** | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **RECEPTIONIST** | **UNEMPLOYED** |
| Name of Employer | **ATLANTIC INFINITI LTD** | |
| How long employed | **10 MOS** | |
| Address of Employer | **855 SUNRISE HIGHWAY<br>LYNBROOK, NY 11563** | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ 1,600.00 | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 1,600.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 85.00 | $ |
| b. Insurance | $ 504.00 | $ |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 589.00 | $ 0.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,011.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL MONTHLY INCOME** | $ 1,011.00 | $ 0.00 |

**TOTAL COMBINED MONTHLY INCOME $ 1,011.00** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ______________
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Continuation Sheet - Page 1 of 1

| DEPENDENTS: | RELATIONSHIP | AGE |
|---|---|---|
| | **HUSBAND** | **43** |
| | **SELF** | **41** |
| | **Son** | **16** |
| | **Daughter** | **14** |
| | **Son** | **9** |
| | **Son** | **7** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 3,691.00 |
| Are real estate taxes included? Yes ✓ No ___ | |
| Is property insurance included? Yes ✓ No ___ | |
| Utilities: Electricity and heating fuel | $ 200.00 |
| Water and sewer | $ 20.00 |
| Telephone | $ 150.00 |
| Other CABLE | $ 129.00 |
| | $ |
| | $ |
| Home maintenance (repairs and upkeep) | $ 80.00 |
| Food | $ 600.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 30.00 |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ |
| Life | $ |
| Health | $ |
| Auto | $ |
| Other | $ |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| | $ |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ |
| Other | $ |
| | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other MISCELLANEOUS CHILD EXPENSES | $ 100.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 5,250.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each ____________ (interval) | $ |



© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** KATHERINE TURRISI & ALFRED F.TURRISI Case No. ____________
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: **February 7, 2005** Signature: ***/s/ KATHERINE TURRISI***
**KATHERINE TURRISI**
Debtor

Date: **February 7, 2005** Signature: ***/s/ ALFRED F. TURRISI***
**ALFRED F. TURRISI**
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ______________________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ______________________ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____________ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: ______________ Signature: ______________________

(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ______________________

**KATHERINE TURRISI & ALFRED F.TURRISI** Chapter **7**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **1,652.50** | **2005-INCOME-** |
| **0.00** | **2004-INCOME-WIFE $23,021.50**<br>**2004 -INCOME-HUSBAND- UNKNOWN** |
| **65,130.00** | **2003-INCOME-JOINT** |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CITIBANK (SOUTH DAKOTA) N.A. V. KATHY TURRISI** | **COLLECTION ACTION** | **DISTRICT COURT, NASSAU COUNTY FIRST DISTRICT, HEMPSTEAD** | **JUDGMENT ENTERED** |
| **CAPITAL ONE BANK V. KATHERINE TURRISI** | **COLLECTION ACTION** | **DISTRICT COURT, NASSAU COUNTY FIRST DISTRICT, HEMPSTEAD** | **JUDGMENT ENTERED** |
| **TAX HELP ASSOCIATES V. ALFRED TURRISI** | **COLLECTION ACTON** | **SUPREME COURT OF THE STATE OF NEW YORK NASSAU COUNTY** | **PENDING** |
| **CITIBANK (SOUTH DAKOTA) N.A. V. ALFRED TURRISI** | **COLLECTION ACTION** | **DISTRICT COURT, NASSAU COUNTY SECOND DISTRICT, HEMPSTEAD** | **JUDGMENT ENTERED** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **INTERNAL REVENUE SERVICE<br>ASC SUPPORT - STOP 5050<br>P.O. BOX 219236<br>KANSAS CITY, MO 64121-9236** | **2/4/05** | **INCOME EXECUTION SERVED ON EMPLOYER.** |

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael P. Sasso, P.C.** | | **750.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **54 ROCKAWAY TURNPIKE LAWRENCE, NY 11559** | **NEW YORK STATE DEPARTMENT OF ENVIRNOMENTAL CONSERVATION BUILDING 40 - SUNY STONY BROOK, NY 11790-2356** | **12/03** | **ECL ARTICLE 19** |

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **February 7, 2005** Signature of Debtor ***/s/ KATHERINE TURRISI***
**KATHERINE TURRISI**

Date: **February 7, 2005** Signature of Joint Debtor (if any) ***/s/ ALFRED F. TURRISI***
**ALFRED F. TURRISI**

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ______

**KATHERINE TURRISI & ALFRED F.TURRISI** Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **30 FAIRVIEW AVENUE, OCEANSIDE, NY** | **FAIRBANKS CAPITAL CORP.** | | **Retain *** | |
| **30 FAIRVIEW AVENUE, OCEANSIDE, NY** | **WILLSHIRE CREDIT CORP.** | | **Retain *** | |

* Retain and pay pursuant to original contract

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **02/07/2005** | ***/s/ KATHERINE TURRISI*** | | ***/s/ ALFRED F. TURRISI*** | |
|---|---|---|---|---|
| Date | **KATHERINE TURRISI** | Debtor | **ALFRED F. TURRISI** | Joint Debtor (if applicable) |

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ____________________

**KATHERINE TURRISI & ALFRED F.TURRISI** Chapter **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **February 7, 2005**

***/s/ KATHERINE TURRISI***
Debtor

***/s/ ALFRED F. TURRISI***
Joint Debtor

***/s/ Michael P. Sasso, Esq.***
Attorney for Debtor

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ALEGIS GROUP
9700 BISSONNET
HOUSTON TX  77063

AMERICA ONLINE
PO BOX 29593
NEW YORK NY  10087-9593

AMERICAN EXPRESS
C/O DUN & BRADSTREET RECEIVABLES
PO BOX 723001
ATLANTA GA  31139-0001

AMERICAN EXPRESS
CUSTOMER SERVICE
PO BOX 297804
FT. LAUDERDALE FL  33329-7804

AMERICAN EXPRESS
C/O NCO FINANCIAL SYSTEMS INC
PO BOX 8180
PHILADELPHIA PA  19101-8180

ASSOCIATES CAPITAL BANK
PO BOX 45205
JACKSONVILLE FL  32232-2744

BENEFICIAL
CUSTOMER SERVICE
PO BOX 8633
ELMHURST IL  60126

CAPITAL ONE BANK
C/O VIKING COLLECTION SERVICE INC
PO BOX 59207
MINNEAPOLIS MN  55459-0207

CAPITAL ONE BANK
VISA
PO BOX 85015
RICHMOND VA  23285-5015

CAPITAL ONE BANK
C/O GULLACE &WELD
500 FIRST FEDERAL PLAZA
ROCHESTER NY  14614

CAPITAL ONE BANK
C/O ALLIANCE ONE
4850 STREET ROAD
TREVOSE PA  19053

CITIBANK
C/O RUBIN & ROTHMAN
1787 VETERANS MEMORIAL HIGHWAY
ISLANDIA NY  11749

CITIBANK
C/O NATIONAL ENTERPRISE SYSTEMS
29125 SOLON ROAD
SOLON OH  44139-3442

CITIBANK (SOUTH DAKOTA) NA
C/O NORTHLAND GROUP INC
PO BOX 390905
EDINA MN  55439

CITIBANK USA NA
C/O LTD FINANCIAL SERVICES
7322 SOUTHWEST FREEWAY
HOUSTON TX  77074

CITIBUSINESS
CUSTOMER SERVICE
PO BOX 44230
JACKSONVILLE FL 32231-4230

CITIBUSINESS CARD
PO BOX 44230
JACKSONVILLE FL 32231-4230

CITICORP MASTERCARD
C/O NATIONAL FINANCIAL SYSTEMS INC
600 W JOHN STREET
HICKSVILLE NY 11801

CITIFINANCIAL
PO BOX 222178
CHARLOTTE NC 28222-2178

COMPUSA
PO BOX 15521
WILMINGTON DE 19850-5521

DIANE SUSAN CORREIA DO
711 STEWART AVENUE
GARDEN CITY NY 11530

DISCOVER CARD SERVICES
PO BOX 15251
WILMINGTON DE 19886-5251

DONN RICHARD JACOBS DDS
24 MAPLE AVENUE
ROCKVILLE CENTRE NY 11570

EXPRESS
PO BOX 330066
NORTHGLENN CO 80233-0066

EXXON/MOBIL
PO BOX 103031
ROSWELL GA 30076

FAIRBANKS CAPITAL CORP
C/O AMERICA'S SERVICING COMPANY
7495 NEW HORIZION WAY
FREDRICK MD 21703

HOUSEHOLD BANK
COSTCO WHOLESALE
PO BOX 15521
WILMINGTON DE 19850-5521

INTERNAL REVENUE SERVICE
HOLTSVILLLE NY 11742

INTERNAL REVENUE SERVICE
HOLTSVILLE NY 11742

INTERNAL REVENUE SERVICE
ASC SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY MO 64121-9236

INTERNAL REVENUE SERVICE
10 METRO TECH CENTER
625 FULTON STREET
BROOKLYN NY 11201

ISLAND ER MEDICAL SERVICES PC
PO BOX 409213
ATLANTA GA 30384-9213

JC PENNY
PO BOX 981131
EL PASO TX 79998

KOHL'S
PO BOX 3084
MILWAUKEE WI 53201-3084

LENOX COLLECTIONS
C/O RCMB COLLECTION AGENCY
2269 S SAW MILL RIVER ROAD
ELMSFORD NY 10523

LIPA
175 E OLD COUNTRY ROAD
HICKSVILLE NY 11801

MACY'S
PO BOX 8217
MASON OH 45040

MANDEE
PO BOX CN1003
TOTOWA NJ 07511-1003

MBNA AMERICA
PO BOX 15026
WILMINGTON DE 19850-5026

MONOGRAM BANK OF GEORGIA
C/O LTD FINANCIAL SERVICES
7322 SOUTHWEST FREEWAY SUITE 1600
HOUSTON TX 77074

NEW YORK STATE DEPARTMENT OF
ENVIRNOMENTAL CONSERVATION
BUILDING 40 - SUNY
STONY BROOK NY 11790-2356

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
PO BOX 5300
ALBANY NY 12205-0300

NEW YORK STATE DEPARTMENT OF LABOR
DIVISION OF SAFETY AND HEALTH
400 OAK STREET SUITE 101
GARDEN CITY NY 11530

NEW YORK STATE DEPARTMENT OF LABOR
OFFICE OF THE ATTORNEY GENERAL
120 BROADWAY
NEW YORK NY 10271

NEW YORK STATE DEPARTMENT OF LABOR
400 OAK STREET
GARDEN CITY NY 11530

NEW YORK STATE DEPARTMENT OF LABOR
DIVISION OF LABOR STANDARDS
ROOM 185B BUILDING NO 12
ALBANY NY 12240

NEXTEL COMMUNICATIONS
PO BOX 172408
DENVER CO 80217-2408

ORLIN $ COHEN ORTHOPEDIC ASSOCIATES LLP
165 NORTH VILLAGE AVENUE
ROCKVILLE CENTRE NY 11579

PROVIDIAN
PO BOX 660509
DALLAS TX 75266-0509

QUEST DIAGNOSTIC
PO BOX 4126
SOUTH HACKENSACK NJ 07606-4126

RUBIN & ROTHMAN LLC
1787 VETERANS HIGHWAY
ISLANDIA NY 11749

SEARS
PO BOX 818017
CLEVELAND OH 44181-8017

SOUTH NASSAU COMMUNITIES HOSPITAL
C/O NCO FINANCIAL SYSTEMS INC
711 STEWART AVENUE
GARDEN CITY NY 11530

SOUTH NASSAU RADIOLOGY PC
PO BOX 5768
HICKSVILLE NY 11802-5768

TARGET
RETAILERS NATIONAL BANK
PO BOX 59317
MINNEAPOLIS MN 55459-0317

TAX HELP ASSOCIATES INC
C/O HAUSER & ASSOCIATES PC
591 BROADWAY SUITE 6B
NEW YORK NY 10012

THE ASSOCIATES
CARD SERVICE CENTER
PO BOX 141479
IRVING TX 75014-1479

THE CHILDREN'S PLACE
PO BOX 8181
GRAY TN 37615-8181

WILLSHIRE CREDIT CORP
PO BOX 650314
DALLAS TX 75265-0314

WINTHROP ORTHOPAEDIC ASSOCIATES PC
700 HICKSVILLE ROAD
BETHPAGE NY 11714-3472

WINTHROP RADIOLOGY ASSOCIATES PC
PO BOX 4037
FARMINGDALE NY 11735

WORLD FINANCIAL NETWORK NAT'L BANK
VICTORIAS SECRET
PO BOX 182128
COLUMBUS OH 43218-2128

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ______________________

**KATHERINE TURRISI & ALFRED F.TURRISI** Chapter **7**

Debtor(s)

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an intere st in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☑ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. Case No.: ________________ Judge: __________________________ District/Division: _______________________

Case still pending (Y/N): ___ [*If closed*] Date of closing: _____________

Current status of related case: ________________________________________________________

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): ___________________________________________

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

2. Case No.: ________________ Judge: __________________________ District/Division: _______________________

Case still pending (Y/N): ___ [*If closed*] Date of closing: _____________

Current status of related case: ________________________________________________________

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): ___________________________________________

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DISCLOSURE OF RELATED CASES (cont'd)**

3. Case No.: ________________ Judge: ___________________________ District/Division: _______________________

Case still pending (Y/N): ___ [*If closed*] Date of closing: _____________

Current status of related case: ____________________________________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): ____________________________

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

***/s/ Michael P. Sasso, Esq.*** **2/07/05**
Signature of Debtor's Attorney

***/s/ KATHERINE TURRISI*** **2/07/05**
Signature of Pro Se Debtor/Petitioner

**30 FAIRVIEW AVENUE**
Mailing Address of Debtor/Petitioner

**OCEANSIDE, NY 11572**
City, State, Zip Code

_______________________________
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only